UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA CORTEZ, | ) | CASE NO. 1:16-cv-1092-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL | ) | AND ORDER |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for disability insurance benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act. Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge Thomas M. Parker for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (Doc. 16) that this Court affirm the decision of the ALJ and dismiss Plaintiff's case in its entirety with prejudice.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. To date, no objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the administrative law judge is AFFIRMED and the underlying matter is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  May 24, 2017                                              /s/ John R. Adams
                                                                              UNITED STATES DISTRICT JUDGE